IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MICHAEL HAGGARD<br>    *Plaintiff,*<br><br>VS.<br><br>WAL-MART STORES, INC.<br>    *Defendant.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 2:14-cv-00758<br>§   **JURY TRIAL REQUESTED**<br>§<br>§ |

### ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER

After considering Defendant Wal-Mart Stores, Inc.'s Motion to Dismiss or Transfer (Dkt. No. 3), and Plaintiff's Notice of Non-Opposition and Stipulation to Transfer Venue (Dkt. No. 7), the court is persuaded that this case should be transferred pursuant to 28 U.S.C. § 1406.

Accordingly, the Court GRANTS the Motion and ORDERS that this case is hereby TRANSFERRED to the United States District Court for the Northern District of Indiana. The Clerk is directed to take such steps as are necessary to effect said transfer.

**So ORDERED and SIGNED this 29th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE